```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 21328
   LOCKSLEY PETGRAVE
   EVETTE PETGRAVE                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-0704    SSN XXX-XX-1368


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 08/14/08 .

     2.   The case was dismissed without confirmation, 11/14/2008.

     3.   The Debtor paid a total of $   3751.00 .


-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
FIRST FRANKLIN LOAN SRVS CURRENT MORTG          .00            .00            .00
FIRST FRANKLIN LOAN SRVS MORTGAGE ARRE     NOT FILED           .00            .00
AASTRO TITLE LENDERS LLC SECURED VEHIC     NOT FILED           .00            .00
ASPIRE VISA              UNSECURED         NOT FILED           .00            .00
EVANSTON NORTHWESTERN HE UNSECURED         NOT FILED           .00            .00
FIRST PREMIER BANK       UNSECURED         NOT FILED           .00            .00
HEIGHTS FINANCE CORP     UNSECURED         NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED         NOT FILED           .00            .00
AMERICAN MUSIC           UNSECURED         NOT FILED           .00            .00
AT&T BROADBAND           UNSECURED         NOT FILED           .00            .00
COMCAST                  UNSECURED         NOT FILED           .00            .00
CORTRUST BANK            UNSECURED         NOT FILED           .00            .00
HSBC                     UNSECURED         NOT FILED           .00            .00
KEYNOTE CONSULTING INC   UNSECURED         NOT FILED           .00            .00
NCO COLLECTIONS          UNSECURED         NOT FILED           .00            .00
RCN COMMUNICATIONS       UNSECURED         NOT FILED           .00            .00
SBC AMERITECH            UNSECURED         NOT FILED           .00            .00
TCF BANK                 UNSECURED         NOT FILED           .00            .00
VERNON HILLS PEDIATRICS  UNSECURED         NOT FILED           .00            .00
VILLAGE OF NILES         UNSECURED         NOT FILED           .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED       PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00            .00           .00          .00           .00
PRINCIPAL PAID          .00            .00           .00          .00           .00
INTEREST PAID           .00            .00           .00          .00           .00
TOTAL PAID              .00            .00           .00          .00           .00
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3500.00
```

and was paid $   3500.00   direct and $       .00   through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $   3751.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE